```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 28663
   AGWU O MONG
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-8893

---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
   The case was filed on 10/23/2008 and was not confirmed.

   The case was dismissed without confirmation 01/26/2009.
---------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
---------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00           .00           .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE     51574.00           .00           .00
ALLIED INTERSTATE         UNSECURED         NOT FILED         .00           .00
NATIONWIDE CREDIT CO      UNSECURED         NOT FILED         .00           .00
NATIONWIDE CREDIT CO      UNSECURED         NOT FILED         .00           .00
NATIONWIDE CREDIT CO      UNSECURED         NOT FILED         .00           .00
BNC MORTGAGE              CURRENT MORTG         .00           .00           .00
BNC MORTGAGE              MORTGAGE ARRE     11151.25           .00           .00
OPTION ONE                CURRENT MORTG         .00           .00           .00
OPTION ONE                SECURED NOT I         .00           .00           .00
RESMAE MORTGAGE CORP      CURRENT MORTG         .00           .00           .00
RESMAE MORTGAGE CORP      SECURED NOT I         .00           .00           .00
RESMAE MORTGAGE CORP      CURRENT MORTG         .00           .00           .00
RESMAE MORTGAGE CORP      SECURED NOT I         .00           .00           .00
NEIL KAUFFMAN & ASSOCIAT  DEBTOR ATTY           .00                         .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                         --------------    --------------
TOTALS                        .00                .00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 28663 AGWU O MONG

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/05/09
                                  /s/ Tom Vaughn
                                  _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE